**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| ABINGTON LITTLE LEAGUE, INC. | : | No. 199 MAL 2023 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth |
| | : | Court |
| GLENBURN TOWNSHIP ZONING | : | |
| HEARING BOARD | : | |
| | : | |
| | : | |
| PETITION OF: DAVID DRUCK; MARILYN | : | |
| DRUCK; LYNN SANSKY; CHARLES | : | |
| SANSKY; GERARD O'SULLIVAN; CARA | : | |
| O'SULLIVAN; & MARILYN COSTA | : | |

## ORDER

**PER CURIAM**

AND NOW, this 17th day of October, 2023, the Petition for Allowance of Appeal is

**DENIED**.